CJ-2022-3926
Timmons



IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| KOURTNEY V. SCHILLING, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CJ-2022-**3926** |
| OKLAHOMA CITY MISSION CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a *Non-Profit Corporation and,* JACOB T. DAYLEY, *individually* | ) FILED IN DISTRICT COURT OKLAHOMA COUNTY |
| Defendants. | ) AUG 1 5 2022 |
| | ) RICK WARREN COURT CLERK |
| | 42 |

## PETITION

COMES NOW, Plaintiff, Kourtney V. Schilling, and for her cause of action against Defendants, Jacob T. Dayley and Oklahoma City Mission Church of Jesus Christ of Latter-Day Saints, alleges and states as follows:

1. On or about September 8, 2022, at NW 150th and Pennsylvania Avenue, Oklahoma City, Oklahoma, Jacob T. Dayley was reckless, grossly negligent, negligent per se, and negligent in the operation of a motor vehicle while in the course and scope of employment and/or agency and/or joint mission for Oklahoma City Mission Church of Jesus Christ of Latter-Day Saints and, as a result, caused personal injuries to Plaintiff.

2. Oklahoma City Mission Church of Jesus Christ of Latter-Day Saints is vicariously liable for damages caused by Jacob T. Dayley. Oklahoma City Mission Church of Jesus Christ of Latter-Day Saints is also liable for its negligent entrustment of its vehicle to Jacob T. Dayley, for its negligent hiring and training of Jacob T. Dayley, and for negligently retaining Jacob T. Dayley.

3. As a direct result of said negligence, Plaintiff sustained personal injuries resulting in the following elements of damage: both past and future pain and suffering, disability, medical expenses, both past and future loss of income, and loss of quality and enjoyment of life.

**Exhibit 2**

WHEREFORE, Plaintiff demands judgment against Defendants in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code and for any and all further relief that Plaintiff may be entitled in law and equity, including punitive damages, if appropriate.

Respectfully Submitted,

**ATTORNEY'S LIEN CLAIMED**
**JURY TRIAL DEMANDED**

Larry E. Finn, OBA 31551
PARRISH DEVAUGHN, PLLC
7 Mickey Mantle, Second Floor
Oklahoma City, OK 73104
405-444-4444
405-232-0058 (f)
Larry@parrishdevaughn.com
***Attorneys for Plaintiff***